UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                        Case No: 1:13-cr-124

v.                                                HON. JANET T. NEFF

TODD BRADLEY WHITE,

       Defendant.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed October 21, 2013 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 80) is APPROVED and ADOPTED as the opinion of the Court.

2. Defendant's pleas of guilty are accepted and defendant is adjudicated guilty of the charges set forth in Counts Two and Five of the Superseding Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated: November 8, 2013                                  /s/Janet T. Neff
                                                                        JANET T. NEFF
                                                                         United States District Judge